IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| MARCUS LOUIS COOK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 320-010 |
| | ) | |
| WARDEN ANTOINE CALDWELL; | ) | |
| SERGEANT MS. WILLIAMS; OFFICER | ) | |
| MS. BURTON; UNIT MANAGER | ) | |
| MR. CARR; PSYCHIATRIST | ) | |
| MR. HUNSUCKER; LIEUTENANT | ) | |
| MR. NIGHT; SERGEANT MR. GREEN; | ) | |
| MENTAL HEALTH DIRECTOR | ) | |
| MS. WEST; MAILROOM STAFF | ) | |
| MS. CASWELL; CHIEF | ) | |
| COUNSELOR MS. BRAD; OFFICER | ) | |
| MS. CANNON; OFFICER MS. GREEN; | ) | |
| and SERGEANT MS. NIGHT, | ) | |
| | ) | |
| Defendants. | ) | |

_____

**O R D E R**
_____

On March 2, 2020, the Court recommended Plaintiff's complaint filed on January 30, 2020, be dismissed because Plaintiff had not responded to the deficiency notice informing him he needed to submit a motion to proceed *in forma pauperis* ("IFP") or pay the filing fee for this case. (See doc. nos. 1-3.) On March 23, 2020, the Clerk of Court docketed a notice of change of address in which Plaintiff states he was transferred from Central State Prison, where the Court's March 2nd recommendation had been served, to Wheeler Correctional Facility, and he inquires about the status of his case in this Court, as well as a case that

appears to have been filed in the Middle District of Georgia. (Doc. no. 5.) Thus, it appears Plaintiff did not receive the Court's March 2nd rulings because the docket did not reflect a current address.

Accordingly, the Court **DIRECTS** the **CLERK** to mail a copy of the Court's March 2nd rulings to Plaintiff at his new address, as well as the original deficiency notice and blank IFP form. (Doc. nos. 2, 2-1, 3, 4.) The Court extends the deadline for filing objections to the March 2nd Report and Recommendation, as well as for submitting an IFP motion or filing fee, to April 9, 2020. Any question Plaintiff has about a case filed in the Middle District of Georgia must be directed that court.

SO ORDERED this 23rd day of March, 2020, at Augusta, Georgia.

BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA