FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

20 APR 22 PM 2:01

CLERK_____
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| MARCUS LOUIS COOK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 320-010 |
| | ) | |
| WARDEN ANTOINE CALDWELL; | ) | |
| SERGEANT MS. WILLIAMS; OFFICER | ) | |
| MS. BURTON; UNIT MANAGER | ) | |
| MR. CARR; PSYCHIATRIST | ) | |
| MR. HUNSUCKER; LIEUTENANT | ) | |
| MR. NIGHT; SERGEANT MR. GREEN; | ) | |
| MENTAL HEALTH DIRECTOR | ) | |
| MS. WEST; MAILROOM STAFF | ) | |
| MS. CASWELL; CHIEF | ) | |
| COUNSELOR MS. BRAD; OFFICER | ) | |
| MS. CANNON; OFFICER MS. GREEN; | ) | |
| and SERGEANT MS. NIGHT, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. (Doc. nos. 10, 11.)[1] The Magistrate Judge recommended dismissing this case without prejudice because Plaintiff failed to return the necessary papers to proceed *in forma pauperis* ("IFP") and had

---

[1] The Clerk of Court docketed Plaintiff's second set of objections as a motion. The Court has considered the filing for what it is, objections to the recommendation for dismissal, and **DIRECTS** the **CLERK** to terminate the "motion" for objections. (Doc. no. 11.) Likewise, because the objections were signed prior to the April 9, 2020 deadline for submitting objections, the motion for an extension of time to object is **MOOT**. (Doc. no. 12.)

not paid the full filing fee. (See doc. no. 3.) Nothing in Plaintiff's objections convinces the Court that dismissal of this case is improper.

On January 30, 2020, the Clerk of Court accepted Plaintiff's complaint for filing even though, in contravention of Local Rule 4.1, Plaintiff failed to submit the appropriate filing fee or a motion to proceed IFP. The Clerk of Court sent Plaintiff a deficiency notice explaining he needed to pay the filing fee or submit an IFP motion and failing to do so could result in dismissal of the case. (See doc. no. 2.) When the time to respond expired and Plaintiff had failed to respond to the deficiency notice, the Magistrate Judge recommended dismissing the case. (See doc. no. 3.)

Over two weeks after entry of the recommendation for dismissal, Plaintiff submitted a change of address. (Doc. no. 5.) In response, the Magistrate Judge directed the Clerk of Court to re-serve the deficiency notice, blank IFP motion, and recommendation for dismissal and extended the deadline to object to the recommendation and/or return the necessary IFP motion or filing fee. (See doc. nos. 6, 9.) Plaintiff chose to submit objections, (doc. nos. 10, 11), rather than an IFP motion or filing fee and requested the Court apply, to the current case, the filing fee he paid in a prior case that had been dismissed because Plaintiff failed to comply with a Court order directing him to submit an amended complaint. See Cook v. Caldwell, CV 319-056 (S.D. Ga. June 6, 2019).

The commencement of a civil action requires, *inter alia*, payment of the full filing fee or a motion to proceed IFP. See Loc. R. 4.1. Plaintiff's payment of the filing fee to commence a *prior* case does not change the requirements for commencing *this* case, and the Court denies Plaintiff's request to apply a prior filing fee to the instant case. Plaintiff chose

not to respond to the Clerk's deficiency notice, and when given additional time by the Magistrate Judge to submit an IFP motion or pay the filing fee, Plaintiff failed to comply. Therefore, this case is due to be dismissed.

Should Plaintiff decide that he wants to pursue his claims and is willing to comply with the instructions of the Court in a complete and timely fashion, nothing in this Order adopting the recommendation for dismissal puts any additional restrictions on Plaintiff's future filing activities beyond those already in place for any prisoner filing a new case in federal court.

Accordingly, the Court **OVERRULES** the objections, **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DISMISSES** this case without prejudice, and **CLOSES** this civil action.

SO ORDERED this 22nd day of April, 2020, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE